AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## Western District of Virginia

CYNTHIA F. RATCLIFFE

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 7:04-cv-00164

GILES COUNTY SCHOOL BOARD

TO: (Name and address of Defendant)

Dr. Robert C. McCracken
Division Superitendant
Giles County Public Schools
151 School Road
Pearisburg, VA 24134

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Harriet D. Dorsey
Attorney at Law
PO Box 127
Blacksburg, VA 24063

540-953-2212   Phone
540-951-1770   Fax
hddorsey@aol.com

an answer to the complaint which is served on you with this summons, within  Twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                     DATE  4/7/04

(By) DEPUTY CLERK

\0 440 (Rev. 8/0 1) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                   Date                              *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.